# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Sean Constable, Esq.
Admitted in NY & MA

Michael Flynn, Esq., Of Counsel

Offices throughout the Northeast
Toll Free: (866) 877-FELA



February 14, 2020

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  MELANIE MEYER V. LONG ISLAND RAILROAD COMPANY
        19 Civ. 11236 (KPF)

Dear Judge Polk Failla:

We represent the plaintiff in the above-captioned matter scheduled for an Initial Pre-Trial Conference on February 21, 2020 at 12:00 PM.  The parties jointly filed their proposed Civil Case Management Plan and Scheduling Order along with a Joint Statement yesterday, February 13, 2020 by ECF.  Since the parties are in agreement as to the discovery scheduling, it is respectfully requested that the initial pre-trial conference be cancelled and the proposed Order be approved.

Respectfully submitted,

Marc Wietzke

MW:EF
cc:  Christopher Yodice, Esq.

Application GRANTED. The initial pretrial conference currently scheduled for February 21, 2020, is hereby ADJOURNED *sine die.* The parties are ORDERED to appear for a pretrial conference in this matter on July 21, 2020, at 2:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:    February 14, 2020        SO ORDERED.
          New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE