UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELANIE MEYER,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>LONG ISLAND RAILROAD COMPANY,<br><br>                    Defendant. | 19 Civ. 11236 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Trial in this action scheduled for November 15, 2021 (*see* Dkt. #23), is hereby ADJOURNED.  Trial shall commence on August 1, 2022, at 9:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The parties are hereby ORDERED to exchange drafts of their portions of the Joint Pretrial Order by no later than June 27, 2022.  The parties are further ORDERED to file the Joint Pretrial Order, motions *in limine*, requests to charge, proposed *voir dire* questions, and pretrial memoranda of law (if any) by July 8, 2022.  Any opposition papers shall be filed by July 15, 2022.  Additionally, the parties are ORDERED to appear for a final pretrial conference on July 20, 2022, at 3:30 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:     October 18, 2021
           New York, New York

                                                                    _____
                                                                    KATHERINE POLK FAILLA
                                                                    United States District Judge